**Alison M. Clark, OSB No. 080579**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon  97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**Alison_clark@fd.org**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | Case No. 3:20-cr-00443-JO |
| v. | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **CHARLES RANDOLPH COMFORT,** | |
| **Defendant.** | |

The defendant, Charles Comfort, through counsel, Alison M. Clark, respectfully moves the Court to enter an order continuing the jury trial in the above-captioned case until a date after September 26, 2021. Trial is currently scheduled for April 20, 2021

The parties have conferred about reaching a jointly agreed upon disposition of this matter The parties have further agreed upon September 26, 2021 as a reasonable date upon which to advise this Court as to the disposition of this matter.  The government, through Assistant U.S. Attorney Thomas Ratcliffe, has no opposition to this motion.  Mr. Comfort has been consulted about his rights and understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  A delay of trial is in the interests

of justice as it will allow the parties to finalize negotiations or prepare for trial if necessary. Mr. Comfort is out of custody and has been fulfilling the orders of the Court as to his pre-trial supervision. Mr. Comfort has also completed many volunteer hours at a charitable organization during the pendency of this case.

    RESPECTFULLY submitted this 29th day of March, 2021.

*/s/ Alison M. Clark*
Alison M. Clark
Assistant Federal Public Defender