# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00443-JO |
| v. | DISMISSAL ORDER |
| CHARLES RANDOLPH COMFORT, | |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Indictment filed on September 24, 2020, be dismissed with prejudice.

Dated: September 23, 2021.

/s/ Robert E. Jones_____
HONORABLE ROBERT E. JONES
United States Senior District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

**Order to Dismiss**                                                                 **Page 1**